# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY RANDALL,                   )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     vs.                            )<br>                                    )<br>HANSON CRAWFORD CRUM                )<br>FAMILY LAW GROUP, LLP,              )<br>                                    )<br>          Defendant.                )<br>_____ ) | 3:18-cv-00479-MMD-WGC<br><br>**ORDER** |

Before the court is Plaintiff's Motion for Authorization to Register as an Electronic Filer in This Case (ECF No. 5).

Plaintiff requests permission to file, receive, and serve documents electronically in this case. The court will grant Plaintiff's request under LR IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case." For the purpose of this rule, a "filer" is defined as "a person who is issued a login and password to file documents in the court's electronic filing system." LR IC 1-1(b).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Authorization to Register as an Electronic Filer in This Case (ECF No. 5) is **GRANTED**. However, Plaintiff must first comply with the following procedures to activate his CM/ECF account:

1. By **Friday, November 16, 2018**, Plaintiff must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Plaintiff is advised that he is not authorized to file electronically until this certification is filed with the

court within the time frame specified.  LR IC 2-1.

2. After timely filing the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

3. Plaintiff is directed to familiarize himself with Part IC - Electronic Case Filing of the Local Rules of Practice of the United States District Court.

DATED:  October 25, 2018.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE