UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY RANDALL,<br><br>Plaintiff<br><br>v.<br><br>HANSON CRAWFORD CRUM FAMILY LAW GROUP, LLP, a California limited liability partnership<br><br>Defendant | CASE NO. 3:18-cv-00479-MMD-WGC<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE OPPOSITION TO MOTOIN TO DISMSS AND TRANSFER BY DECEMBER 7, 2018 |

Before the court is plaintiff's request for an order granting leave to file, and acceptance by the court of, his opposition to defendant's motion to dismiss on December 7, 2018.

Plaintiff's Motion For Leave To File Opposition To Motion To Dismiss (ECF No. 15) is **GRANTED**. Plaintiff shall have until December 7, 2018 to file an opposition to defendant's Motion To Dismiss For Lack Of Personal Jurisdiction, Improper Venue, And/Or Motion To Transfer (ECF No. 15).

**IT IS SO ORDERED**:

December 10 , 2018

US District court Judge/~~Magistrate/Deputy Clerk~~