# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEFFREY RANDALL

    Plaintiff(s),

vs.

HANSON CRAWFORD FAMILY LAW GROUP, LLP, California limited liability partnership,

    Defendant(s).

Case # 3:18-CV-00479

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    William A. Muñoz    , Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

    Murphy, Pearson, Bradley & Fenney
    (firm name)

with offices at     520 Capitol Mall, Suite 250
    (street address)

Sacramento, California, 95814
(city)      (state)      (zip code)

916-565-0300, wmunoz@mpbf.com
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Defendant Hanson Crawford Crum Family Law to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____12/10/1997_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, Eastern District of California | 08/10/1999 | 191649 |
| United States District Court, Northern District of California | 06/23/2000 | 191649 |
| United States District Court, Southern District of California | Do not recall | 191649 |
| United States District Court, Central District of California | 8/23/2005 | 191649 |
| United States Circuit Court of Appeals, Ninth Circuit | 9/19/2006 | 191649 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California
State Bar of Nevada

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
COUNTY OF _____Sacramento_____ )

_____William A. Muñoz_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__3rd__ day of __January__, __2019__.

_____
Notary Public or Clerk of Court

CRYSTAL J. ROBERTS
COMM. # 2119257
NOTARY PUBLIC • CALIFORNIA
SACRAMENTO COUNTY
Comm. Exp. JULY 12, 2019

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Joseph Garin_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____9900 Covington Cross, Suite 120_____
(street address)

_____Las Vegas_____, _____Nevada_____, _____89144_____
(city)                  (state)           (zip code)

_____(702) 382-1500_____, _____JGarin@lipsonneilson.com_____
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Joseph Garin _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Joseph Crawford
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

NV6053                     JGarin@lipsonneilson.com
Bar number                 Email address

APPROVED:

Dated: this __3rd__ day of __January__, 20__19__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# State Bar of Nevada

# Certificate of Good Standing

IT IS HEREBY CERTIFIED that William A. Munoz, Bar Number 12458 was admitted by the Supreme Court of the State of Nevada on 01/06/2012 as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that William A. Munoz is now an Active member of the State Bar of Nevada in good standing.

DATED Wednesday, November 21, 2018

*Elizabeth M Pastore*
Elizabeth M Pastore
Member Services Administrator
State Bar of Nevada

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

November 21, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM ANGELO MUNOZ, #191649 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records